# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JONATHAN LEE PEAKE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 17-156-CG-MU |
| ) | CRIM ACTION 15-39-CG-MU |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(b) and General Local Rule 72(a)(2)(R), and dated November 17, 2021 (Doc. 132) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Peake's § 2255 motion is **DENIED**.   It is further **ORDERED** that Peake not entitled to a certificate of appealability and, therefore, it not entitled to appeal in forma pauperis on appeal.

**DONE and ORDERED** this 18th day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE