## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JONATHAN LEE PEAKE, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION 17-156-CG-MU |
| | ) CRIM ACTION 15-39-CG-MU |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Peake, and that Petitioner Peake is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 18th day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE